IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JOHN GOLDEN, JR., as parent and next of friend to AMAILYA GOLDEN, a minor, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case Number: 1:21cv378 HSO-BWR |
| FAMILY DOLLAR STORES OF MISSISSIPPI, INC., ) ) ) ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

Plaintiff, John Golden, Jr., as parent and next of friend to Amailya Golden, a minor, by and through counsel, has served a true and correct copy of the following to all counsel of record:

1. Plaintiff's Designation of Experts.

This the 5th day of October, 2022.

Respectfully submitted,

/s/ J. Knox Boteler, III
**J. KNOX BOTELER III (MSB 100192)**
**ATTORNEY FOR THE PLAINTIFF**

*of counsel:*
**BOTELER RICHARDSON WOLFE**
3290 Dauphin Street, Ste. 505
Mobile, Alabama 36606
251 433-7766
www.brwlawyers.com

**CERTIFICATE OF SERVICE**

I, **Knox Boteler**, do hereby certify that I have this day sent via electronic mail, facsimile, and/or CM/ECF filing system, a true and correct copy of the above and foregoing instrument to the following counsel of record:

bill.eckert@eandtlaw.com; William H. Eckert

roy.nowell@eandtlaw.com; Roy A. Nowell, Jr.

Mike.Tarleton@eantlaw.com, Michael J. Tarleton

**SO CERTIFIED** this 5th day of October, 2022.

/s/ J. Knox Boteler, III
**J. KNOX BOTELER III (MSB 100192)**
**ATTORNEY FOR THE PLAINTIFF**