IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN GOLDEN, JR.,** *as parent and next of friend to A.G., a minor* **PLAINTIFF**

v.  Civil No. 1:21-cv-378-HSO-BWR

**FAMILY DOLLAR STORES OF MISSISSIPPI, INC.** **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendant Family Dollar Stores of Mississippi, Inc.'s Motion [48] for Summary Judgment,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of February, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE